# STATEMENT IN SUPPORT OF PROBABLE CAUSE

IN RE: **Eric CARLIN**

I, David Robert, Special Agent, declare and state as follows:

1. On November 30, 2019, Laredo South Border Patrol Agents (BPAs) working their assigned area of operation were notified by camera operators of approximately fifteen (15) undocumented aliens (UDAs) loading into two trucks near Oleander Street in Laredo, TX. A BPA, in a marked vehicle, observed two trucks leaving the area observed by the camera operator. One of the vehicles leaving the area was a white Chevrolet Avalanche. The BPA activated the emergency equipment on the service vehicle to stop the Chevrolet Avalanche. The driver of the Chevrolet Avalanche attempted to abscond from the BPA and lost control of the vehicle and collided with the nearby landscape and a civilian vehicle at the 3800 block of Nogal Lane in Laredo, TX. Several individuals absconded from the vehicle shortly after.

2. BPAs apprehended seven (7) individuals who were not able to abscond from the vehicle. Immigration inspections of all seven (7) individuals determined all subjects were citizens and nationals of Mexico who illegally entered the United States.

3. Approximately three (3) houses North of the bailout location, a citizen notified law enforcement of noises coming from the rear of their property. The citizen gave BPAs consent to search the back yard. BPAs located Eric CARLIN in the rear of the property. Laredo Police Department responded to the scene to investigate the crash, however none of the seven (7) UDAs could identify CARLIN as the driver of the Chevrolet Avalanche. CARLIN was detained and transported to the Laredo South Border Patrol Station.

4. Homeland Security Investigations (HSI) responded to the Laredo South Border Patrol Station to conduct a human smuggling investigation. HSI special agents (SAs) conducted a custodial interview of CARLIN. CARLIN was advised of his Miranda warnings to which he freely and voluntarily waived and agreed to speak to SAs without an attorney present. CARLIN stated he was recruited by members of a human smuggling organization (HSO) to transport UDAs. CARLIN stated he was not driving the Chevrolet Avalanche at the time the UDAs were loaded into the truck. CARLIN stated he was to begin driving after the load up at a nearby restaurant and take the UDAs to an undisclosed location. CARLIN advised SAs he agreed to transport the UDAs for one gram of heroin.

5. Pablo Alfredo GONZALEZ-Garcia, and Jose QUINTERO-Cuevas are being held as material witnesses.

6. Material witness GONZALEZ-Garcia stated he is a Mexican national with no documents to enter or remain in the United States legally. GONZALEZ-Garcia stated he made arrangements with members of a HSO to be smuggled to New Jersey for eight thousand dollars ($8000) of which he has paid four thousand dollars (4000). GONZALEZ-Garcia stated he was smuggled across the Rio Grande River by wading along with thirteen (13) other UDAs and two (2) guides. GONZALEZ-Garcia stated he got into the rear of a white truck. GONZALEZ-Garcia stated the truck travelled approximately one block before crashing. GONZALEZ-Garcia stated a driver and passenger ran from the vehicle.

7. Material witness QUINTERO-Cuevas stated he is a Mexican national with no documents to enter or remain in the United States legally. QUINTERO-Cuevas stated he made arrangements with members of a HSO to be smuggled to Dallas, TX for seven thousand dollars ($7000) of which he has paid three thousand five hundred ($3500) of the smuggling fee. QUINTERO-Cuevas stated he was smuggled across the Rio Grande River by wading with sixteen (16) other UDAs and two (2) guides. QUINTERO-Cuevas stated he was instructed to load into a vehicle by an unknown individual. QUINTERO-Cuevas stated the vehicle travelled

I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on the ___1st___ day of ___December___, ___2019___.

David Robert
Special Agent
Homeland Security Investigations

Having reviewed the foregoing declaration, I find probable cause that the defendant(s) named above committed an offense against the laws of the United States and may therefore be further detained pending presentment before a judicial officer.

Executed on the _____ day of _____, _____.

_____
UNITED STATES MAGISTRATE JUDGE